91 F.3d 124
 Khonesavanh Lonesathirath, Noupith Lonesathirath, Estate of
Nouphne Lonesathirath, Khonesavanh Lonesathirath, Michael
Lonesathirath, By Noupith Lonesathirath, Nouphanh
Lonesathirath, By Noupith Lonesathirath, Khonesavanh
Lonesathirath, Nouphap Lonesathirath, By Noupith
Lonesathirath, Khonesavanh Lonesathirath, Bounma Karaphet,
Douangchai Daraphet, Jaloonsin Misere
v.
Avis Rent A Car System, Inc., Continental Casualty Company
 NO. 95-1975
 United States Court of Appeals,
Third Circuit.
 June 19, 1996
 
 Appeal From: E.D.Pa., No. 95-cv-01624,
 Padova, J.
 
 
 1
 AFFIRMED.